IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD THOMAS CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-CV-862-WKW |
| | ) | (WO) |
| CRAIG DAVIDSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On December 18, 2007, the Magistrate Judge filed a Recommendation (Doc. # 25) in this case recommending dismissal for the plaintiff's failure to comply with the court's order to immediately inform the court of any change in his address. The plaintiff did not file an objection. After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 25) of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 10th day of January, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE